UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVAOR OCTAVIO ESPINALES ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, California City Correctional Center, et al.,<br><br>Respondents. | No. 1:26-cv-03464-TLN-CKD<br><br><br>**ORDER** |
| SALVAOR OCTAVIO ESPINALES ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>CALEB VITELLO, et al.,<br><br>Respondents. | No. 1:26-cv-03513-TLN-CKD |

This matter is before the Court on Respondents' unopposed Motions to Consolidate two related cases. (No. 1:26-cv-03513-TLN-CKD, ECF No. 9; No. 1:26-cv-03464-TLN-CKD, ECF No. 9.)[1]  In both habeas petitions, Petitioner claims his detention violates the Immigration and

---

[1]  Respondent filed a consolidated Motion to Consolidate Cases, Motion to Dismiss Petition for Writ of Habeas Corpus and Opposition to all Injunctive Relief. (No. 1:26-cv-03464-TLN-CKD, ECF No. 9.)  The Court addresses Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus and Opposition to all Injunctive Relief in a separate order.

1

Nationality Act ("INA") and the Fifth Amendment Due Process Clause. The habeas petitions are identical in form, relief requested, and involve the same Petitioner.

"The district court, in exercising its broad discretion to order consolidation of actions presenting a common issue of law or fact under [Federal] Rule [of Civil Procedure] 42(a), weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703,704 (9th Cir. 1984). Having carefully reviewed both habeas petitions, the Court determines that consolidation is appropriate. Accordingly, the Court hereby GRANTS the motions to consolidate. (No. 1:26-cv-03513-TLN-CKD, ECF No. 9; No. 1:26-cv-03464-TLN-CKD, ECF No. 9.)

IT IS HEREBY ORDERED that:

1. The following cases are CONSOLIDATED:
   - No. 1:26-cv-03513-TLN-CKD
   - No. 1:26-cv-03464-TLN-CKD
2. The Clerk of Court is directed to close Case 1:26-cv-03513-TLN-CKD.

IT IS SO ORDERED.

Date: May 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2